UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR,<br><br>Plaintiff,<br>v.<br><br>RAYTHEON CORP et al.,<br><br>Defendants. | CASE NO. 2:26-cv-02069-LK<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING CASE |

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Grady J. Leupold, Dkt. No. 2, and the objections thereto filed by pro se Plaintiff John Robert Demos, Jr., Dkt. No. 3.[1] Having reviewed the R&R, Demos's objections, and the balance of the record, the Court adopts the R&R. Dkt. No. 2.

[1] The Court notes that Demos's objections violate Local Civil Rule 72, which states that "objections to a magistrate judge's order or recommended disposition . . . shall not exceed 4,200 words or, if written by hand or typewriter, twelve pages." Demos's 47 pages of objections far exceed the 12-page limitation imposed by the Local Rules. LCR 72. Therefore, the Court only considers the first twelve pages of his objections. "[I]t is axiomatic that pro se litigants, whatever their ability level, are subject to the same procedural requirements as other litigants." *Munoz Gonzalez v. United States*, 28 F.4th 973, 978 (9th Cir. 2022). However, the Court notes that its decision would be the same if it considered all 43 pages.

Demos is subject to a pre-filing bar order in this district and numerous other courts. Dkt. No. 2 at 1–2 (citing *Demos v. Storrie*, 507 U.S. 290, 291 (1993); *In re Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992) (the "1992 Bar Order")). This action is subject to dismissal because, among other things, Demos has not met the requirements of 28 U.S.C. § 1915(g) by demonstrating that he is in "imminent danger of serious physical injury." *See, e.g.*, *Demos v. Yakima Cnty. Super. Ct.*, 2:26-cv-00375-LK, Dkt. No. 4.

Accordingly, this Court ADOPTS the R&R. Demos's proposed Complaint, Dkt. 1 at 1–34, is DISMISSED, and the IFP Application, *id.* at 36–50, is DENIED. The Clerk is directed to send an uncertified copy of this Order to Demos at his last known address and to close this case.

Dated this 11th day of August, 2026.

Lauren King
United States District Judge